# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   MICHELE T KALONJI　　　　　　　　　§　　　Case No.: 11-13107
　　　　　STEPHANE M KALONJI　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)　　　　　　　　　　　　　§

-----------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/30/2011.

2) This case was confirmed on 06/02/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/29/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/13/2011, 09/11/2012.

5) The case was dismissed on 09/27/2012.

6) Number of months from filing to the last payment: 15

7) Number of months case was pending: 21

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   37,950.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 4,620.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 4,620.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 189.32 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,689.32 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BAC HOME LOANS SERVI | SECURED | 56,670.00 | .00 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | UNSECURED | 94,426.00 | .00 | .00 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 10,325.00 | 12,815.31 | 12,815.31 | 149.60 | 727.08 |
| SANTANDER CONSUMER U | UNSECURED | 2,678.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 100.00 | NA | NA | .00 | .00 |
| ADVANCE CASE LOANS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| AFFINITY CASH LOANS | UNSECURED | 100.00 | 300.00 | 300.00 | .00 | .00 |
| AMERICAN MEDICAL COL | UNSECURED | 105.55 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 80.00 | 1,738.06 | 1,738.06 | .00 | .00 |
| PEOPLES GAS | UNSECURED | 2,510.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 159.17 | 159.17 | 159.17 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 136.00 | 136.81 | 136.81 | .00 | .00 |
| AT&T | UNSECURED | 132.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 400.00 | 2,969.04 | 2,969.04 | .00 | .00 |
| CITICORP CREDIT SERV | UNSECURED | 4,316.00 | .00 | .00 | .00 | .00 |
| CITICORP CREDIT SERV | UNSECURED | 3,529.00 | .00 | .00 | .00 | .00 |
| CITICORP CREDIT SERV | UNSECURED | 2,016.00 | .00 | .00 | .00 | .00 |
| CITICORP CREDIT SERV | UNSECURED | 1,072.00 | .00 | .00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 700.00 | 1,264.41 | 1,264.41 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 900.00 | .00 | 2,435.38 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 2,214.03 | NA | NA | .00 | .00 |
| INTERNET & CABLE SER | UNSECURED | 48.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SALLIE MAE INC US DE | UNSECURED | 9,145.00 | 23,122.37 | .00 | .00 | .00 |
| DEPT OF EDUCATION/SA | UNSECURED | 6,385.00 | .00 | .00 | .00 | .00 |
| DEPT OF EDUCATION/SA | UNSECURED | 3,469.00 | .00 | .00 | .00 | .00 |
| AT & T | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 1,043.00 | NA | NA | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 12,396.58 | NA | NA | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 311.00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 1,080.00 | 679.63 | 679.63 | .00 | .00 |
| EXELON COMED | UNSECURED | 211.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 366.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,764.36 | 1,764.36 | 1,764.36 | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 4,966.16 | 60.25 | 60.25 | .00 | .00 |
| JEFFREY LOANS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| METABANK/FINGERHUT | UNSECURED | 582.00 | NA | NA | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 54.01 | NA | NA | .00 | .00 |
| NATIONAL LOUIS UNIVE | UNSECURED | 2,250.00 | .00 | .00 | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA OPER | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 399.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,308.87 | 2,510.12 | 2,510.12 | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,654.29 | 2,351.29 | 2,351.29 | .00 | .00 |
| TCF BANK | UNSECURED | 478.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 168.48 | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | 2,654.00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 6,931.00 | 7,006.66 | .00 | .00 | .00 |
| SALLIE MAE 3RD PARTY | UNSECURED | 6,450.00 | .00 | .00 | .00 | .00 |
| SHAMROCK PAYDAY LOAN | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| DIVINE SAVIOR HEALTH | UNSECURED | 546.00 | 548.57 | 548.57 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 30,765.00 | 33,726.99 | .00 | .00 | .00 |
| US DEPT OF HUD | SECURED | NA | 6,226.56 | .00 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 734.21 | 734.21 | .00 | .00 |
| AFFINITY CASH LOANS | OTHER | NA | NA | NA | .00 | .00 |
| GENESIS FINANCIAL & | UNSECURED | NA | 747.87 | 747.87 | .00 | .00 |
| UNITED STUDENT AID F | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | NA | 2,435.38 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY A | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FORD MOTOR CREDIT | SECURED | NA | 15,165.83 | .00 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | NA | .00 | 15,165.83 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 4,573.31 | 4,573.31 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 54.00 | 54.00 | .00 |
| CITY COLLEGES OF CHI | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 12,815.31 | 149.60 | 727.08 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 12,815.31 | 149.60 | 727.08 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 4,627.31 | 54.00 | .00 |
| **TOTAL PRIORITY:** | 4,627.31 | 54.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 33,565.00 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,689.32 |
| Disbursements to Creditors | $ | 930.68 |
| **TOTAL DISBURSEMENTS:** | $ | 4,620.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/26/2012              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**